IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONYA McNEAL and<br>CEDRICK GRANDISON,<br><br>    Plaintiffs,<br><br>    v.<br><br>GENPAK, LLC, and<br>KATHY SAWCHUK,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO. 2:20-CV-197-WKW<br>)           [WO]<br>)<br>)<br>)<br>) |

## **ORDER**

On February 19, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 13.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED without prejudice.[1]  Final judgment will be entered separately.

DONE this 9th day of March, 2021.

                                                  /s/ W. Keith Watkins
                                            UNITED STATES DISTRICT JUDGE

---

[1] The Recommendation is correct on all points. In particular, the Magistrate Judge finds, and this court agrees, that Plaintiff Tonya McNeal failed to plead in her complaint enough details for the case to go forward. Adding facts in a response to a motion to dismiss is not the same as pleading those facts in a complaint. The complaint must have all the facts in it so the court can decide if the case goes forward, and so Defendant has enough information to file a response.